# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| RANDY A. REEVES, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN BILLY MITCHEM and THE )<br>ATTORNEY GENERAL OF THE )<br>STATE OF ALABAMA, )<br>)<br>Respondents. ) | 1:07-cv-02178-LSC-JEO |

## **MEMORANDUM OPINION**

Randy A. Reeves (hereinafter "the petitioner") has filed a petition for writ of habeas corpus on December 3, 2007. He challenges the validity of his convictions for first degree rape and first degree sodomy in the Circuit Court of Talladega County, Talladega, Alabama, pursuant to 28 U.S.C. § 2254. (Petition (Doc. 1)). The petition was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b) for preliminary review. On July 30, 2008, the magistrate judge entered a Report and Recommendation finding that the petition was due to be denied and dismissed with prejudice because it was barred by the applicable statute of limitations. (Doc. 12). On September 8, 2008, the petitioner filed his written objections to the Report and Recommendation. (Doc. 15).

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the petitioner's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. In doing so, the court does note that the petitioner is correct that the "Report and Recommendation" does reflect that he was convicted in "1995" when in fact it was "1999." That

typographical error, however, does not in anyway impact the court's determination of this matter.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

Done this 12th day of September 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671